IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARIE PARLANTE,

      Plaintiff,                      No. CIV S-11-2696 MCE GGH PS

    vs.

SAVANNA CAZARES, et al.,

      Defendants.             ORDER

_____/

        This proceeding was referred to the undersigned by E.D. Cal. L.R. 302(c)(21), pursuant to 28 U.S.C. § 636(b)(1). Plaintiff has paid the filing fee and is proceeding in this action pro se.

        On October 13, 2011, plaintiff filed a motion to utilize the court's electronic filing ("ECF") system. (Dkt. No. 2.) In support of her motion, plaintiff states that she is not a resident of California, is computer literate, possesses the necessary hardware and software to file electronically, has a PACER account, has investigated the court's requirements for electronic filing, agrees to abide by the court's requirements to file electronically, and is willing to file and receive documents electronically. (Id.)

        In light of plaintiff's representations, she will be permitted to enroll in the court's ECF system. However, plaintiff is cautioned that the privilege of access to ECF will be

terminated if she makes unnecessary voluminous filings or otherwise abuses her ECF access.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Plaintiff's motion for permission to utilize electronic filing (dkt. no. 2) is granted.

        2. Plaintiff shall contact the Clerk of Court and take the necessary steps to enroll in the court's ECF system.

DATED: December 13, 2011

        /s/ Gregory G. Hollows
        UNITED STATES MAGISTRATE JUDGE

GGH/wvr
parlante.2696.ecf.wpd