1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   MARIE PARLANTE,

11         Plaintiff,                    No. CIV S-11-2696 MCE GGH PS

12      vs.

13   SAVANNA CAZARES, et al.,

14         Defendants.            ORDER

15   _____/

16         This proceeding was referred to the undersigned by E.D. Cal. L.R. 302(c)(21),

17   pursuant to 28 U.S.C. § 636(b)(1).  Plaintiff has paid the filing fee and is proceeding in this

18   action pro se.

19         On October 13, 2011, plaintiff filed a motion to utilize the court's electronic filing

20   ("ECF") system.  (Dkt. No. 2.)  In support of her motion, plaintiff states that she is not a resident

21   of California, is computer literate, possesses the necessary hardware and software to file

22   electronically, has a PACER account, has investigated the court's requirements for electronic

23   filing, agrees to abide by the court's requirements to file electronically, and is willing to file and

24   receive documents electronically.  (Id.)

25         In light of plaintiff's representations, she will be permitted to enroll in the court's

26   ECF system.  However, plaintiff is cautioned that the privilege of access to ECF will be

1   terminated if she makes unnecessary voluminous filings or otherwise abuses her ECF access.

2                 In accordance with the above, IT IS HEREBY ORDERED that:

3                 1.  Plaintiff's motion for permission to utilize electronic filing (dkt. no. 2) is

4   granted.

5                 2.  Plaintiff shall contact the Clerk of Court and take the necessary steps to enroll

6   in the court's ECF system.

7   DATED: December 13, 2011

8                             /s/ Gregory G. Hollows
                              UNITED STATES MAGISTRATE JUDGE

9

10

11   GGH/wvr
    parlante.2696.ecf.wpd

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26