1

2

3

4

5

6

7

8         IN THE UNITED STATES DISTRICT COURT

9        FOR THE EASTERN DISTRICT OF CALIFORNIA

10   MARIE PARLANTE,

11              Plaintiff,              No. CIV S-11-2696 MCE GGH PS

12        vs.

13   SAVANNA CAZARES, et al.,

14              Defendants.            <u>ORDER</u>

15   _____/

16              This diversity action against numerous defendants was referred to the undersigned

17   by E.D. Cal. L.R. 302(c)(21), pursuant to 28 U.S.C. § 636(b)(1).  Plaintiff has paid the filing fee

18   and is proceeding in this action pro se.  On December 8, 2011, defendant Savanna Cazares

19   ("Cazares") filed a motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(6), noticed for hearing on

20   February 16, 2012.  (Dkt. Nos. 6, 9.)  Plaintiff filed an opposition to the motion (dkt. no. 11), and

21   Cazares filed a reply (dkt. no. 13).  After reviewing the papers in support of and in opposition to

22   the motion, the court concludes that oral argument would not be of material assistance in

23   resolving the motion.  Accordingly, the February 16, 2012 hearing will be vacated and the

24   motion will be submitted on the record, with a further written order to follow.

25   \\\\\

26   \\\\\

In accordance with the above, IT IS HEREBY ORDERED that:

1. The February 16, 2012 hearing on defendant Cazares's motion to dismiss (dkt. nos. 6, 9) is vacated.

2. The motion is submitted on the record with a further written order to follow.

DATED: February 13, 2012

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

GGH/wvr
Parlante.2696.vac.wpd

2