IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARIE PARLANTE,

      Plaintiff,                        No. CIV S-11-2696 MCE GGH PS

      vs.

SAVANNA CAZARES, et al.,

      Defendants.               <u>ORDER</u>

_____/

        This diversity action against numerous defendants was referred to the undersigned by E.D. Cal. L.R. 302(c)(21), pursuant to 28 U.S.C. § 636(b)(1). Plaintiff has paid the filing fee and is proceeding in this action pro se. On December 8, 2011, defendant Savanna Cazares ("Cazares") filed a motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(6), noticed for hearing on February 16, 2012. (Dkt. Nos. 6, 9.) Plaintiff filed an opposition to the motion (dkt. no. 11), and Cazares filed a reply (dkt. no. 13). After reviewing the papers in support of and in opposition to the motion, the court concludes that oral argument would not be of material assistance in resolving the motion. Accordingly, the February 16, 2012 hearing will be vacated and the motion will be submitted on the record, with a further written order to follow.

\\\\\

\\\\\

In accordance with the above, IT IS HEREBY ORDERED that:

1. The February 16, 2012 hearing on defendant Cazares's motion to dismiss (dkt. nos. 6, 9) is vacated.

2. The motion is submitted on the record with a further written order to follow.

DATED: February 13, 2012

    /s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

GGH/wvr
Parlante.2696.vac.wpd

2