IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARIE PARLANTE,

    Plaintiff,                       No. CIV S-11-2696 MCE GGH PS

  vs.

SAVANNA CAZARES, et al.,

    Defendants.             <u>ORDER</u>

_____/

        On March 5, 2012, the court denied defendant Ravandi's motion to dismiss as moot. The court further stated that if plaintiff elects to amend, plaintiff shall serve the first amended complaint on counsel for defendant Ravandi within 28 days of the March 5, 2012 order, and that no further service of process on defendant Ravandi is required. (Dkt. No. 22.) For purposes of clarity, IT IS FURTHER ORDERED THAT defendant Ravandi shall respond to any first amended complaint within 21 days of service. No response to the dismissed original complaint is required.

DATED: March 6, 2012

                                  /s/ Gregory G. Hollows
                              UNITED STATES MAGISTRATE JUDGE

GGH/wvr
Parlante.2696.clarif.wpd